IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  CASE NO: 09-40320
CHAPTER 7

WATSON, WILLIAM

Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 013 | ASB, a Division of Coastal Comm Bank<br>ATTN: Bankruptcy Litig. Officer<br>22 Avenue E, Drawer 370<br>Apalachicola, FL 32329 | $197.38 |

The check mailed at the above address on December 29, 2010 has been neither been returned by the Post Office or negotiated by the creditor.

Dated this 30th day of March, 2011.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon ASB, a Division of Coastal Comm Bank, ATTN: Bankruptcy Litig. Officer, 22 Avenue E, Drawer 370, Apalachicola, FL 32329 Bay Medical and Charles Edwards, Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 on this 30th day of March, 2011.

    /s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee